MICHAEL PALENCIA, Respondent, *v.* MUNSON STEAMSHIP LINE et al., Appellants.

*Negligence — ships and shipping — master and servant — stevedore injured from fall occasioned by slipping on oil permitted to accumulate and remain, after notice, on deck of vessel — contributory negligence.*

*Palencia v. Munson S. S. Line,* 216 App. Div. 727, affirmed.

(Argued May 11, 1926; decided June 1, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 17, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff, a stevedore, employed by defendant Chiarello Stevedoring Co., Inc., while engaged in moving cargo on one of defendant Munson Steamship Line's steamships, slipped on some oil, which had been permitted to accumulate and remain upon the deck, although both his own foreman and an officer of the vessel had been notified thereof, and falling received the injuries complained of. The defense was contributory negligence.

*Theodore H. Lord, Walter G. Evans* and *Grattan B. Shults* for Munson Steamship Line, appellant.

*Alfred T. Tompkins, J. Arthur Hilton* and *Robert H. Woody* for Chiarello Stevedoring Co., Inc., appellant.

*Jas. A. Gray, Wm. S. Butler* and *Alexander Dolins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GIUSEPPE FRIIA, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued May 12, 1926; decided June 1, 1926.)

APPEAL from a judgment of the Supreme Court rendered February 25, 1926, at a Trial Term for the county